Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
rtumanyan@reedsmith.com
Brittany M. Hernandez (SBN 299044)
bmhernandez@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
MOTTS LLP, KEURIG DR PEPPER INC..
and DR PEPPER/SEVEN UP INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TRUJILLO, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MOTTS LLP, a Delaware limited liability company; KEURIG DR PEPPER INC., a Delaware Corporation; DR PEPPER/SEVEN UP INC., a Delaware corporation; and DOES 1 To 50,<br><br>Defendants. | Case No. 2:22-cv-05103 - JGB (KKx)<br><br>**JOINT STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed:    May 19, 2021<br>Trial Date:              None |

Plaintiff John Trujillo ("Plaintiff") and Defendants Motts LLP ("Motts"), Keurig Dr Pepper Inc. ("KDP"), and Dr Pepper/Seven Up Inc. ("DPSU") (hereinafter collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), through their respective attorneys of record herein, enter into the following stipulation based on the following facts:

WHEREAS, on November 14, 2022, Defendants filed a Notice of Motion and Motion to Compel Arbitration and Dismiss Proceedings ("Motion"), which is currently set for hearing on December 12, 2022.

WHEREAS, the Parties initial disclosures are currently set to be exchanged on December 15, 2022.

WHEREAS, on November 16, 2022, Defendants re-noticed the Motion for January 9, 2023, pursuant to the agreement of the Parties.

WHEREAS, given the Parties' schedule and the intervening holidays, the Parties have agreed to: (1) set a briefing schedule on Defendants' Motion that sets December 5, 2022 as the deadline for Plaintiff to file and serve his opposition, and December 19, 2022 as the deadline for Defendants' to file and serve their reply; and (2) to move the deadline that initial disclosures shall be exchanged to January 13, 2023, such that initial disclosures shall be exchanged following the outcome of Defendants' pending Motion, if the issue of arbitrability is resolved in a manner that permits Plaintiff to pursue any of his claims before this Court.

WHEREAS, the foregoing briefing schedule provides the Court with more time between the date the reply will be filed and the hearing date than provided by the Local Rules.

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective attorneys of record, as follows:

1. The last day for Plaintiff to file his Opposition to the Motion should be December 5, 2022;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

2. The last day for Defendants' to file their Reply in support of the Motion should be December 19, 2022; and

3. The Parties agree that they shall exchange their initial disclosures on January 13, 2023.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 16, 2022 | HARRIS & RUBLE |
|  | By: /s/ Alan Harris |
|  | Alan Harris |
|  | Attorneys for Plaintiff |
|  | John Trujillo |
| Dated: November 16, 2022 | REED SMITH LLP |
|  | By: /s/ Mara D. Curtis |
|  | Mara D. Curtis |
|  | Attorneys for Defendants |
|  | MOTTS LLP, KEURIG DR PEPPER INC. and DR PEPPER/SEVEN UP INC. |